Guiseppi A. Sabatini embarked in a joint adventure for the purchase and sale of the property in question to which he took title in his own name. The receipt of October 19, [18 1923, given by said defendant to plaintiff upon the payment to him by her of $5,000 is, we think, conclusive upon this question. The accounting by said defendant to plaintiff, provided for by the interlocutory judgment, will be of all sums which she has advanced to him for use in connection with this joint adventure, including the question as to whether the joint account of the parties in the Madison State Bank was of the alleged bakery partnership or was in fact for the purpose of the joint adventure concerning the lots in question. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings to support the interlocutory judgment are directed. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur. Settle order on notice.

BESSIE METKIFF, Respondent, v. WILLIAM METKIFF, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JACOB MINTZ, Respondent, v. S. W. R. REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ERNEST D. PARTON, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for a reversal and a new trial upon the ground that the finding that plaintiff did not know the nature of the paper he signed is against the weight of the evidence. [129 Misc. 493.]

ANNA MARIE PRICE, an Infant, by JOHN L. PRICE, Her Guardian ad Litem, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant, and Others, Defendants.— Order granting motion to strike out second separate defense in amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young and Seeger, JJ., concur; Rich and Scudder, JJ., dissent.

JOHN L. PRICE, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant, and Others, Defendants.— Order granting motion to strike out second separate defense in amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young and Seeger, JJ., concur; Rich and Scudder, JJ., dissent.

G. HAROLD SELLECK, Respondent, v. EVERETT HIGBY, Appellant.— Order denying motion for judgment, and order denying motion for reargument, reversed upon the law, with ten dollars costs and disbursements, and motions granted, with ten dollars costs, with leave to plaintiff to plead over within ten days upon payment of said costs. If plaintiff intends to claim a conversion of his property by defendant, he should allege defendant's knowledge of plaintiff's ownership. The entire complaint is so carelessly and inaccurately drawn; as well as so misleading in its allegations of dates, that the nature of the cause of action is the subject of speculation. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

WASHINGTON FINANCE CORPORATION, Respondent, v. MANHEIM S. SAMUELS, Appellant.— Judgment reversed upon the law and a new trial granted, costs to abide the event. It was error to refuse to grant the defendant's request to submit the questions of fact to the jury. Defendant's motion for a direction of a verdict